```
1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F. NO. 05-0304 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| v. | ) | |
| LORENZO CISNEROS RODRIGUEZ, et al. | ) | |
| Defendants. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for February 21, 2006 at 9 a.m. be continued to March 13, 2006 at 9 a.m.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED: February 15, 2006              McGREGOR W. SCOTT
                                      United States Attorney

                                      By        /S/

                                      KATHLEEN A. SERVATIUS
                                      Assistant U.S. Attorney

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　MELODY WALCOTT
　　　　　　　　　　　　　　　　　　　　　　Attorney for Lorenzo Cisneros Rodriguez

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　DANIEL HARRELSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ignacio Estrada-Ortega

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　JOHN GARLAND
　　　　　　　　　　　　　　　　　　　　　　Attorney for Jose Manuel Vargas

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　KATHERINE HART
　　　　　　　　　　　　　　　　　　　　　　Attorney for Rosario Gonzales Garcia

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　STEVEN CRAWFORD
　　　　　　　　　　　　　　　　　　　　　　Attorney for Miguel Angel A. Alvarez

DATED: February 15, 2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　PHILLIP CHERNEY
　　　　　　　　　　　　　　　　　　　　　　Attorney for Genaro Zuniga

ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for February 21, 2006 at 9 a.m. be continued to March 13, 2006 at 9 a.m.

IT IS SO ORDERED.

**Dated:   February 17, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE